UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY, a District of Columbia nonprofit corporation,<br><br>    Plaintiff,<br><br>   v.<br><br>CALIFORNIA STATE GRANGE, a California corporation,<br><br>    Defendant. | CIV. NO. 2:14-676 WBS DAD<br><br>ORDER RE: MOTION TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER |

----oo0oo----

Defendant California State Grange moves to modify the court's July 3, 2014 Status (Pretrial Scheduling) Order pursuant to Federal Rule of Civil Procedure 16(b) on the basis that discovery has not proceeded as quickly as originally anticipated and that defendant's annual convention and business meeting conflicts with the current trial date of October 14, 2015. (Def.'s Mem. at 3-4 (Docket NO. 26-1)); Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the

1

judge's consent."). Plaintiff National Grange of the Order of Patrons of Husbandry opposes the motion. (See Pl.'s Opp'n (Docket No. 27).)

The court finds modification of the trial date inappropriate at this time. Given the early stage of this litigation and the substantial amount of time between now and the trial date of October 14, 2015, modification would do little to secure a certain trial schedule. Delaying modification will allow the parties and the court to develop their calendars and more efficiently schedule trial to avoid conflicts. Defendant may renew its motion at a later date if appropriate.

Moreover, defendant's current motion has failed to show good cause for a modification. Defendant had notice of the trial date for more than six months and has failed to show any attempt to avoid a conflict with its annual convention and business meeting. Without more, the court finds defendant's argument insufficient to delay resolution of this matter.

Requests to modify all other dates and deadlines, including those related to discovery, shall be made to the assigned Magistrate Judge in accordance with this court's instructions. (See July 3, 2014 Status (Pretrial Scheduling) Order at 5.)

IT IS THEREFORE ORDERED that defendant California State Grange's motion to modify the court's Status (Pretrial Scheduling) Order be, and the same hereby is, DENIED.

Dated:   January 14, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2