1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10                                    ----oo0oo----

11

12   THE NATIONAL GRANGE OF THE          CIV. NO. 2:14-676 WBS DAD
     ORDER OF PATRONS OF
13   HUSBANDRY, a District of
     Columbia nonprofit
14   corporation,

15               Plaintiff,             RELATED CASE ORDER

16        v.

17   CALIFORNIA STATE GRANGE, a
     California corporation,
18
                 Defendant.
19

20   ─────────────────────────          CIV. NO. 2:15-317 JAM EFB

21   CALIFORNIA STATE GRANGE, a
     California non-profit mutual
22   benefit corporation,

                 Plaintiff,
23
          v.
24
     THE GRANGE OF THE STATE OF
25   CALIFORNIA'S ORDER OF PATRONS
     OF HUSBANDRY, CHARTERED, a
26   California corporation, and
     DOES 1-10, inclusive,
27
                 Defendant.
28

                                      1

1                         ----oo0oo----

2        Examination of the above-entitled actions reveals that

3 these actions are related within the meaning of Local Rule

4 123(a) because the same party, the California State Grange, is

5 defendant in one case and plaintiff in the other and the

6 complaints in each case assert similar claims for trademark

7 infringement and unfair competition, creating similar questions

8 of fact and law.  Accordingly, the assignment of the matters to

9 the same judge is likely to effect a substantial saving of

10 judicial effort and is also likely to be convenient for the

11 parties.

12        The parties should be aware that relating the cases

13 under Local Rule 123 merely has the result that both actions are

14 assigned to the same judge; no consolidation of the actions is

15 effected.  Under the regular practice of this court, related

16 cases are generally assigned to the judge to whom the first filed

17 action was assigned.

18        IT IS THEREFORE ORDERED that the actions denominated

19 The National Grange of the Order of Patrons of Husbandry v.

20 California State Grange, Civ. No. 2:14-676-WBS-DAD, and

21 California State Grange v. The Grange of the State of

22 California's Order of Patrons of Husbandry, Chartered, Civ. No.

23 2:15-317-JAM-EFB, be, and the same hereby are, deemed related and

24 the case denominated California State Grange v. The Grange of the

25 State of California's Order of Patrons of Husbandry, Chartered,

26 Civ. No. 2:15-317 JAM EFB, shall be reassigned to District Judge

27 William B. Shubb and Magistrate Judge Dale A. Drozd.  Any dates

28

currently set in the reassigned case only are hereby VACATED.
Henceforth, the caption on the documents filed in the reassigned
case shall be shown as <u>California State Grange v. The Grange of
the State of California's Order of Patrons of Husbandry,
Chartered</u>, Civ. No. 2:15-317-WBS-DAD.

IT IS FURTHER ORDERED that the Clerk of the Court make
appropriate adjustment in the assignment of civil cases to
compensate for this reassignment.


Dated:  February 11, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE