MICHAEL TURRILL (SBN 185263)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:   213.629.7400
Facsimile:    213.629.7401
Email: Michael.Turrill@arentfox.com

RANDALL BRATER (SBN 211140)
(*admitted to practice in California*)
**ARENT FOX LLP**
1717 K Street, NW
Washington, DC  20006-5344
Telephone:   202.857.6000
Facsimile:    202.857.6395
Email: Randall.Brater@arentfox.com

[*Additional Counsel Listed on Signature Page*]

Attorneys for Plaintiff and Counter-Defendant
THE NATIONAL GRANGE OF THE ORDER OF
PATRONS OF HUSBANDRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY, a District of Columbia nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE GRANGE, a California corporation,<br><br>Defendant. | No. 2:14-cv-00676-WBS-DAD<br><br>**STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER TO PERMIT DEPOSITIONS OF DEFENDANT AND ITS PRINCIPAL, ROBERT MCFARLAND** |
| AND RELATED COUNTER-CLAIM. | |

1    Plaintiff and Defendant hereby stipulate to modify the Court's Status (Pretrial Scheduling) Order to permit Plaintiff to take two depositions, one of Defendant California State Grange, and the other of its president, Robert McFarland, between May 13-15, 2015.  The grounds and authorities in support of this motion are as follows:

1. On July 3, 2014, the Court issued its Status (Pretrial Scheduling) Order, *Doc. 20*, which provides that discovery shall be completed by April 24, 2015.

2. On September 23, 2014, Plaintiff noticed the depositions of Defendant and its principal, Robert McFarland, to take place on January 8-9, 2015 (after Defendant had the opportunity to respond to Plaintiff's Requests for Production of Documents, Interrogatories, and Requests for Admission).

3. By agreement between Plaintiff's undersigned counsel and Defendant's then-counsel, Maralee Eriksen of Boutin Jones, the two depositions were reset for February 23-24, 2015.

4. Subsequently, however, Defendant substituted its counsel, necessitating a postponement of the depositions. In January 2015, Defendant initially substituted Michael Chase of Boutin Jones for Maralee Eriksen of that same firm. *Doc. 31*.

5. Then Defendant substituted counsel once again, replacing the firm of Boutin Jones with its current counsel, Anthony Ellrod of Manning & Kass Ellrod, Ramirez, Trester, LLP.  The substitution notice was filed on March 10, 2015, after Defendant's principal, Robert McFarland, signed the substitution of counsel. *Doc. 35.*

6. As soon as the second substitution of defense counsel was effected, counsel for Plaintiff consistently persisted with their efforts to schedule the depositions within the current discovery deadline, but the deponent and defense counsel were not available until after the close of discovery.  Despite both parties' best efforts and due to multiple scheduling conflicts, the closest available dates Defendant and both parties' counsel are available for depositions are May 14-15, 2015. Moreover, defense counsel anticipates filing a Motion to Consolidate and Extend

Deadlines due to its recent association as counsel and the related matter of California State Grange v. The Grange of the State of California's Order of Patrons of Husbandry, Chartered (2:15-cv-00317-WBS-DAD) also pending before this Court. Plaintiff's counsel does not intend to consent to or acquiesce in that contemplated defense motion, or to any extension of the discovery deadline beyond the scheduling of the two depositions.

7. The dates of May 14-15, 2015 for the two depositions are acceptable and agreeable to both parties and their respective counsel, subject to the Court's approval.

WHEREFORE, Plaintiff and Defendant, by counsel, hereby stipulate and respectfully request that the Status (Pretrial Scheduling) Order be modified only so far as to permit Plaintiff to take the depositions of Defendant California State Grange and Robert McFarland, between May 14-15, 2015.

| | |
|---|---|
| Dated: April 17, 2015 | **MANNING & KASS ELLROD, RAMIREZ, TRESTER, LLP** |

By: /s/ *Anthony Ellrod*
    ANTHONY ELLROD

Attorneys for Defendant and Counter-Claimant
CALIFORNIA STATE GRANGE

| | |
|---|---|
| Dated: April 17, 2015 | **ARENT FOX LLP** |

By: /s/ *Michael L. Turrill*
    MICHAEL TURRILL
    RANDALL BRATER

    JAMES L. BIKOFF
    *(Admitted Pro Hac Vice)*
    DAVID K. HEASLEY
    *(Admitted Pro Hac Vice)*
    SMITH, GAMBRELL & RUSSELL LLP
    1055 Thomas Jefferson Street NW
    Washington, DC 20007
    T: 202.263.4300; F: 202.263.4329
    Email:   jbikoff@sgrlaw.com
                 dheasley@sgrlaw.com

    Attorneys for Plaintiff and Counter-Defendant
    THE NATIONAL GRANGE OF THE ORDER
    OF PATRONS OF HUSBANDRY

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  April 20, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil
grange0676.stip.eot.ord.doc