UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY, a District of Columbia nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE GRANGE, a California corporation,<br><br>Defendant. | Case No. 2:14-cv-00676-WBS-DAD<br><br>**ORDER GRANTING PLAINTIFF NATIONAL GRANGE'S MOTION TO APPEAR BY TELEPHONE FOR HEARING ON MOTION TO CONSOLIDATE**<br><br>Date:       June 29, 2015<br>Time:       2:00 p.m.<br>Courtroom: 5<br>Judge:      The Hon. William B. Shubb |
| AND RELATED COUNTERCLAIM. | |
| CALIFORNIA STATE GRANGE, a California non-profit mutual benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE GRANGE OF THE STATE OF CALIFORNIA'S ORDER OF PATRONS OF HUSBANDRY, CHARTERED, a California corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:14-cv-00317-WBS-DAD |

Upon review of Plaintiff National Grange's Motion to Appear by Telephone for Hearing on Motion to Consolidate, for good cause shown:

**IT IS HEREBY ORDERED** that Plaintiff's counsel may appear by telephone for the hearing on Plaintiff's Motion to Consolidate These Two Related Cases.

**IT IS FURTHER ORDERED** that Plaintiff National Grange's counsel shall be reachable at (202) 263-4300 on the day of the telephonic appearance. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**SO ORDERED.**

Dated:  June 23, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Dated: June 23, 2015

    Respectfully submitted,

    **ARENT FOX LLP**

    By:   */s/Michael L. Turrill*
       MICHAEL L. TURRILL

       JAMES L. BIKOFF (*Pro Hac Vice*)
       DAVID K. HEASLEY (*Pro Hac Vice*)
       **SMITH, GAMBRELL & RUSSEL, LLP**

    Attorneys for Plaintiff and Counter-Defendant
    THE NATIONAL GRANGE OF THE ORDER OF
    PATRONS OF HUSBANDRY