# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY, a District of Columbia nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE GRANGE, a California corporation,<br><br>Defendant. | Case No. 2:14-cv-00676-WBS-DAD<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR TO APPEAR TELEPHONICALLY** |
| CALIFORNIA STATE GRANGE, a California corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>THE GRANGE OF THE STATE OF CALIFORNIA'S ORDER OF PATRONS OF HUSBANDRY, CHARTERED,<br><br>Counter-Defendant. | |

The court has received defendant California State Grange's request to allow

1

**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE**

counsel Jenifer C. Wallis to appear telephonically at the August 17, 2015 Final Pretrial Conference and Status Conference.  Because the Final Pretrial Conference is tantamount to the first day of trial, it is not the practice of this court to permit telephonic appearance at such conference.  See Rule 16(e) of the Federal Rules of Civil Procedure, which provides that the conference "must be attended by at least one attorney who will conduct the trial for each party . . ."  There has been no showing that a personal appearance in this case would cause such hardship as to justify an exception to that practice.

The request to appear telephonically at the Final Pretrial Conference is therefore DENIED.

Dated:  August 14, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE