UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY, a District of Columbia nonprofit corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>CALIFORNIA STATE GRANGE, a California corporation,<br><br>            Defendant.<br>___<br>AND RELATED COUNTER-CLAIM | No. 2:14-cv-00676-WBS-DAD<br><br>**ORDER** |

----oo0oo----

The parties' joint motion to vacate or modify the Final Pretrial Order (Docket No. 77) is DENIED.

Dated:  September 23, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1