1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11                         ----oo0oo----

12   THE NATIONAL GRANGE OF THE          CIV. NO. 2:14-00676 WBS DAD
     ORDER OF PATRONS OF
13   HUSBANDRY, a District of            JUDGMENT IN A CIVIL CASE
     Columbia nonprofit
14   corporation,

15              Plaintiff,

16        v.

17   CALIFORNIA STATE GRANGE, a
     California corporation,
18
               Defendant.
19

20                         ----oo0oo----

21   **XX -- Decision by the Court.**  This action came to trial or

22   hearing before the Court.  The issues have been tried or heard

23   and a decision has been rendered.

24   IT IS ORDERED AND ADJUDGED:

25              That judgment is hereby entered in accordance with the

26   court's Order filed on September 29, 2015.

27              Defendant and its agents, affiliates, and assigns, or

28   any party acting in concert with defendant and its agents,

                                    1

affiliates, and assigns, are permanently enjoined from using marks containing the word "Grange."

**Marianne Matherly**
Clerk of Court

ENTERED:  **September 29, 2015**

By: /s/ K. J. Kirksey Smith
        Deputy Clerk