UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY, a District of Columbia nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE GRANGE, a California corporation,<br><br>Defendant. | Case No.  2:14-cv-00676-WBS-DAD<br><br>**ORDER RE STIPULATED MOTION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION FOR STAY OF INJUNCTION** |

Based upon the stipulation of the parties to continue the hearing date on defendant's motion for stay of injunction, and good cause appearing therefor:

IT IS HEREBY ORDERED that Defendant's Motion for Stay of Injunction is hereby continued from December 14, 2015 at 1:30 p.m. to **January 11, 2016 at 1:30 p.m.**

Dated:  November 12, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER
2:14-CV-00676-WBS-DAD

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/12668902.1