UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY, a District of Columbia nonprofit corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA STATE GRANGE, a California corporation,<br><br>　　　　Defendant. | Civ No. 2:14-676 WBS DAD<br><br>**ORDER** |
| AND RELATED COUNTER-CLAIM | |
| CALIFORNIA STATE GRANGE, a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY, a District of Columbia nonprofit corporation,<br><br>　　　　Defendant. | |

1

Having considered defendant's Ex Parte Motion and plaintiff's opposition to that Motion, (Docket Nos. 100, 102), IT IS HEREBY ORDERED that:

(1) Defendant's Ex Parte Motion to Continue Hearing on Defendant's Motion to Stay Injunction Pending Appeal (Docket No. 100) be, and the same hereby is, GRANTED ON THE CONDITIONS that:

   (i) defendant compensate plaintiff and its counsel for any non-refundable travel arrangements that have already been made for the January 11, 2016 hearing; and

   (ii) the parties, and all those acting in concert with them, understand and agree that unless and until otherwise ordered, the court's September 30, 2015 injunction, (Docket Nos. 85-86), remains in full force and effect and shall be complied with in letter and in spirit.

(2) The January 11, 2016 hearing date on defendant's Motion to Stay Injunction Pending Appeal (Docket No. 88) is hereby VACATED;

(3) A new hearing date on defendant's Motion to Stay Injunction Pending Appeal (Docket No. 88) is set for **February 8, 2016** at 1:30 p.m. in Courtroom 5; and

(4) Defendant shall file its reply to plaintiff's opposition to defendant's Motion to Stay Injunction Pending Appeal (Docket No. 99) no later than February 1, 2016.

IT IS SO ORDERED.

Dated:  January 4, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE