UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY, a District of Columbia nonprofit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA STATE GRANGE, a California corporation,<br><br>    Defendants. | CIV. NO. 2:14-00676 WBS DAD |
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY, a District of Columbia nonprofit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA STATE GRANGE, a California corporation, d/b/a "CSG," and ROBERT McFARLAND, a California resident,<br><br>    Defendant. | CIV. NO. 2:16-00201 TLN AC |

----oo0oo----

1

1              Examination of the above-entitled actions reveals that
2  these actions are related within the meaning of Local Rule
3  123(a) because both actions involve similar parties and the same
4  or similar facts, disputes, and questions of law and fact.
5  Accordingly, the assignment of the matters to the same judge is
6  likely to effect a substantial saving of judicial effort and is
7  also likely to be convenient for the parties.
8              The parties should be aware that relating the cases
9  under Local Rule 123 merely has the result that both actions are
10 assigned to the same judge; no consolidation of the actions is
11 effected.  Under the regular practice of this court, related
12 cases are generally assigned to the judge to whom the first filed
13 action was assigned.
14             IT IS THEREFORE ORDERED that the actions denominated
15 National Grange of the Order of Patrons of Husbandry v.
16 California State Grange, 2:14-00676 WBS DAD, and The National
17 Grange of the Order of Patrons of Husbandry v. California State
18 Grange et al., No. 2:16-00201 TLN AC, be, and the same hereby
19 are, deemed related and the case denominated The National Grange
20 of the Order of Patrons of Husbandry v. California State Grange
21 et al., No. 2:16-00201 TLN AC, shall be reassigned to the
22 Honorable WILLIAM B. SHUBB.  Any dates currently set in the
23 reassigned case only are hereby VACATED.  Henceforth, the caption
24 on documents filed in the reassigned case shall be shown as The
25 National Grange of the Order of Patrons of Husbandry v.
26 California State Grange et al., No. 2:16-00201 WBS AC(TEMP).
27             IT IS FURTHER ORDERED that the Clerk of the Court
28 make appropriated adjustment in the assignment of civil cases to

compensate for this reassignment.

Dated:  February 4, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE