1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11                         ----oo0oo----

12   THE NATIONAL GRANGE OF THE        CIV. NO. 2:14-676 WBS AC
     ORDER OF PATRONS OF
13   HUSBANDRY, a District of          ORDER
     Columbia nonprofit
14   corporation,

15             Plaintiff,

16        v.

17   CALIFORNIA STATE GRANGE d/b/a
     "CSG," a California
18   corporation,

19             Defendant.

20

21                         ----oo0oo----

22        This matter came on for hearing at 1:30 p.m. on March

23   7, 2016 on plaintiff The National Grange of the Order of Patrons

24   of Husbandry's motion for an order to show cause why defendant

25   California State Grange should not be held in contempt, (Docket

26   No. 109), for violating the court's September 29, 2015 permanent

27   injunction, (Docket No. 86).  Attorneys James Bikoff and Bruce

28   McDonald appeared on behalf of plaintiff, and attorney Michael

                                    1

1   Chase appeared on behalf of defendant.

2          The court heard from both sides and addressed plaintiff

3   regarding the motion.  For the reasons stated by the court at the

4   hearing, IT IS HEREBY ORDERED that plaintiff's motion for an

5   order to show cause why defendant should not be held in contempt,

6   (Docket No. 109), be, and the same hereby is, DENIED without

7   prejudice to plaintiff making a more specific request for relief.

8

9   Dated:  March 7, 2016

10                                  WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     2