UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY, a District of Columbia nonprofit corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>CALIFORNIA STATE GRANGE d/b/a "CSG," a California corporation,<br><br>              Defendant. | CIV. NO. 2:14-676 WBS AC<br><br>ORDER |

----oo0oo----

Plaintiff's Motion for Clarification of Injunction (Docket No. 122) is DENIED. As the court pointed out in its Order of September 30, 2015 (Docket No 85), the court's Order of July 14, 2015 (Docket No. 60) granted plaintiff exactly the relief it requested. (Docket No. 85) Neither of those orders needs clarification.

This is not what the court contemplated when it denied

plaintiff's contempt motion "without prejudice to plaintiff making a more specific request for relief." (Docket No 117). If plaintiff wishes to request another injunction, specifically enjoining other conduct, it shall do so with a noticed motion in compliance with the applicable rules.

IT IS SO ORDERED.

Dated: March 18, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE