MICHAEL L. TURRILL (SBN 185263)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone:   213.629.7400
Facsimile:   213.629.7401
Email: michael.turrill@arentfox.com

JAMES L. BIKOFF (*Pro Hac Vice*)
BRUCE A. McDONALD (*Pro Hac Vice*)
HOLLY B. LANCE (*Pro Hac Vice*)
**SMITH, GAMBRELL & RUSSELL LLP**
1055 Thomas Jefferson Street, NW, Suite 400
Washington, D.C. 20007

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE GRANGE, a California corporation, d/b/a "CSG"<br><br>Defendant. | CASE NO. 2:14-cv-00676-WBS-DAD<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO SHORTEN TIME FOR MOTION FOR INJUNCTION** |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/13107387.1

[PROPOSED] ORDER GRANTING EX PARTE
APPLICATION TO SHORTEN TIME
CASE NO 2:14-cv-00676-WBS-DAD

Plaintiff's Ex Parte Application to Shorten Time for Motion for Injunction having come before the Court for consideration; the Court having considered the application and otherwise being duly advised, having read and considered defendant's opposition to the application, finds that exigent circumstances do exist justifying the request, that defendant would not be prejudiced by the order, and that the request is reasonable. Thus, good cause appearing therefor, it is hereby:

(1) ORDERED that Defendant shall have one (1) week to file an opposition to Plaintiff's Motion for Injunction, by April 4, 2016;

(2) ORDERED that Plaintiff shall have three (3) days from Defendant's filing of an opposition to file a reply in support of the Motion for Injunction, by April 7, 2016; and

(3) ORDERED that a hearing on Plaintiff's Motion for Injunction, should the Court determine that one will be held, shall take place on April 18, 2016 at 1:30 PM.

Dated: March 28, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

[PROPOSED] ORDER GRANTING EX PARTE
APPLICATION TO SHORTEN TIME
CASE NO 2:14-CV-00676-WBS-DAD

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 25, 2016, I electronically filed the foregoing PLAINTIFF'S EX PARTE APPLICATION TO SHORTEN TIME FOR MOTION FOR INJUNCTION; DECLARATION OF JAMES L. BIKOFF IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO SHORTEN TIME FOR MOTION FOR INJUNCTION; and [PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO SHORTEN TIME FOR MOTION FOR INJUNCTION with the Clerk of the Court, using the CM/ECF system, which will automatically send email notifications of such filing to all counsel who have entered an appearance in this action.

/s/ Michael L.Turrill, Esq.
Michael L. Turrill