**BOUTIN JONES INC.**
Robert D. Swanson (SBN 162816)
rswanson@boutinjones.com
Michael E. Chase (SBN 214506)
mchase@boutinjones.com
Daniel S. Stouder (SBN 226753)
dstouder@boutinjones.com
Amy L. O'Neill (SBN 294458)
aoneill@boutinjones.com
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Tel. (916) 321-4444

Attorneys for Defendant California State Grange

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY, a District of Columbia nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA STATE GRANGE<br><br>Defendant. | Case No.:  2:14-cv-00676-WBS-AC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEFENDANT'S TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**<br><br>**Date:**      None set<br>**Time:**      None set<br>**Judge:**     Hon. William B. Shubb<br>**Courtroom:** 5, 14th Floor |

The parties, through their undersigned counsel, hereby stipulate as follows:

1. On May 11, 2016, Plaintiff filed a Motion for Attorney's Fees (ECF No. 142) ("the Motion").

2. The Memorandum and Order Re: Motion for Injunction filed April 20, 2016 (ECF No. 138) requires Defendant to file papers in opposition to the Motion by May 25, 2016.

3. Defendant requests seven additional days to review the papers filed in support of the Motion and to prepare papers in response to the Motion.  Plaintiff is agreeable to extending the deadline for Defendant to file papers in opposition the Motion by seven days, to June 1, 2016.

- 1 -
**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**
791692.1

4. The parties agree that the Court may issue an Order extending Defendant's deadline to file papers in opposition to the Motion to June 1, 2016.

IT IS SO AGREED.

Dated: May 20, 2016.                    SMITH, GAMBRELL & RUSSELL, LLP


                                        By: /s/ James L. Bikoff (as authorized on 5/19/2016)
                                            James L. Bikoff
                                            Counsel for Plaintiff


Dated: May 20, 2016.                    BOUTIN JONES INC.


                                        By:  /s/ Michael E. Chase
                                            Michael E. Chase
                                            Counsel for Defendant


**ORDER**

Based on the stipulation of the parties, it is hereby ORDERED that the deadline for Defendant to file papers in opposition to the Motion for Attorney's Fees (ECF No. 142) is extended to June 1, 2016.

Dated: May 20, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -
**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**
791692.1