UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDARY,<br><br>                    Plaintiff,<br><br>     v.<br><br>CALIFORNIA GUILD, formerly doing business as "California State Grange",<br><br>                    Defendant. | No. 2:14-cv-0676 WBS DB<br><br>ORDER |

On January 31, 2017, plaintiff filed a motion to remove defendant's confidentiality designations. (ECF No. 175.) That motion is noticed for hearing before the undersigned on March 3, 2017. Pursuant to Local Rule 251(a) the parties were to file a joint statement at least seven days prior to the March 3, 2017 hearing. The parties, however, have failed to do so.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The March 3, 2017 hearing of plaintiff's motion to remove defendant's confidentiality designations (ECF No. 175) is continued to **March 24, 2017** at **10:00 a.m**., at the United States

---

[1] Although the parties may have been unaware of Rule 251 or its applicability, defendant has also failed to file a statement of opposition or nonopposition to plaintiff's motion, leaving the undersigned without any briefing from the defendant prior to the hearing.

1

District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned[2];

    2. On or before March 17, 2017, the parties shall file a joint statement in compliance with Local Rule 251[3]; and

    3. Defendant's failure to participate in the joint statement or file a separate opposition will be deemed nonopposition to the granting of plaintiff's motion.[4]

Dated:  February 27, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\grange0676.js.ord

---

[2] Any party may appear at the hearing telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours prior to the hearing; a party may not appear telephonically over a cellphone.

[3] The parties shall also review and comply with the undersigned's Standard Information re discovery disputes set forth on the court's web page. See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db

[4] Alternatively, if the parties resolve their dispute they may comply with this order by withdrawing plaintiff's motion.