1 | MARTIN N. JENSEN (SBN 232231)
THOMAS L. RIORDAN (SBN 104827)
2 | **PORTER SCOTT**
350 University Ave., Suite 200
3 | Sacramento, CA 95825
Telephone: 916.929.1481
4 | Facsimile: 916.927.3706
Email: mjensen@porterscott.com
5 | Email: triordan@porterscott.com

6 | JAMES L. BIKOFF (*Pro Hac Vice*)
BRUCE A. McDONALD (*Pro Hac Vice*)
7 | HOLLY B. LANCE (*Pro Hac Vice*)
**SMITH, GAMBRELL & RUSSELL LLP**
8 | 1055 Thomas Jefferson Street, N.W., Suite 400
Washington, D.C. 20007
9 | Telephone: 202.263.4341
Facsimile: 202.263.4329
10 | Email: jbikoff@sgrlaw.com
Email: bmcdonald@sgrlaw.com
11 | Email: hlance@sgrlaw.com

12 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA GUILD, formerly doing business as "California State Grange,"<br><br>Defendant. | Case No. 2:14-cv-00676-WBS-DB<br><br>**ORDER GRANTING JOINT STIPULATION TO MOVE HEARING DATE ON PLAINTIFF'S MOTION TO DISQUALIFY ELLIS LAW GROUP AS DEFENDANT'S COUNSEL TO MAY 8, 2017**<br><br>Date: May 8, 2017<br>Time: 1:30 p.m.<br>Ctrm: 5 |

Based on the stipulation of the parties to move the hearing date on Plaintiff's Motion to Disqualify Ellis Law Group as Defendant's Counsel (Dkt. No. 190), and good appearing therefor:

1  IT IS HEREBY ORDERED that Plaintiff's Motion to Disqualify Ellis Law Group as
2  Defendant's Counsel shall be moved to May 8, 2017 at 1:30 p.m.

Dated: April 12, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE