Mark E. Ellis – 127159
David E. Castro - 298614
Alesya Nalbandyan - 309307
ELLIS LAW GROUP LLP
740 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com; dcastro@ellislawgrp.com
analbandyan@ellislawgrp.com

Attorneys for
CALIFORNIA GUILD, FORMERLY DOING BUSINESS AS CALIFORNIA STATE GRANGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY,<br><br>  Plaintiff,<br><br>v.<br><br>CALIFORNIA GUILD, formerly doing business as California State Grange,<br><br>  Defendant. | Case No.: 2:14-CV-00676-WBS-DB<br><br>**ORDER ON DEFENDANT CALIFORNIA GUILD'S *EX PARTE* APPLICATION FOR LEAVE TO FILE A SURREPLY TO PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION TO DISQUALIFY** |

Having considered Defendant California Guild's *ex parte* application to file a Surreply to Plaintiff National Grange's Reply in support of its Motion to Disqualify, and finding good cause therefore,

IT IS HEREBY ORDERED that Defendant California Guild may file a Surreply of no more than 10 pages in length to address the new documents submitted with the Plaintiff's Reply in support of its Motion to Disqualify, to be filed by no later than 3:00 p.m. PST on May 4, 2017.

Dated: May 4, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -

**[*PROPOSED*] ORDER ON DEFENDANT CALIFORNIA GUILD'S *EX PARTE* APPLICATION FOR LEAVE TO FILE A SURREPLY TO PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION TO DISQUALIFY**