UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDARY,<br><br>           Plaintiff,<br><br>    v.<br><br>CALIFORNIA GUILD, formerly doing business as "California State Grange",<br><br>           Defendant. | No. 2:14-cv-0676 WBS DB<br><br><u>ORDER</u> |

This action came before the court on September 20, 2018, for hearing of defendant's motion to quash and plaintiff's motion for sanctions. (ECF Nos. 257 & 260.) Attorney Mark Serlin appeared on behalf of the plaintiff. Attorney Mark Ellis appeared on behalf of the defendant.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

////

////

////

////

1. Defendant's August 30, 2018 motion to quash (ECF No. 257) is denied;

2. Plaintiff's September 6, 2018 motion for sanctions (ECF No. 260) is denied, except with respect to the $225 defense counsel has agreed to reimburse plaintiff[1];

3. Counsel for defendant shall pay the $225 sanction to plaintiff on or before **September 27, 2018**; and

4. The August 31, 2018 judgment debtor examination is continued to **September 27, 2018**, at **9:30 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.

Dated: September 20, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\grange0676.oah.092018

---

[1] See ECF No. 263 at 10. This cost shall be borne solely by defense counsel and not charged to the defendant.

2