1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   THE NATIONAL GRANGE OF THE          No.  2:14-cv-0676 WBS DB
     ORDER OF PATRONS OF
12   HUSBANDARY,

13            Plaintiff,                 ORDER

14        v.

15   CALIFORNIA GUILD, formerly doing
     business as "California State Grange",
16

17            Defendant.

18

19        This action came before the court on September 27, 2018, for hearing during the parties'

20   judgment debtor examination.  (ECF No. 266.)  Attorney Mark Serlin appeared on behalf of the

21   plaintiff.  Attorney Mark Ellis appeared on behalf of the defendant.

22        Upon consideration of the arguments made at the hearing, and for the reasons set forth on

23   the record at that hearing, IT IS HEREBY ORDERED that:

24        1.  Defendant shall produce the Hartland Promissory Note to plaintiff on or before

25   October 2, 2018;

26        2.  Defendant's objection to the presence of Mr. Komski at the judgment debtor

27   examination is overruled; and

28   ////

3.  The September 27, 2018 judgment debtor examination is continued to **October 3, 2018**, at **9:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.

DATED:  September 27, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\grange0676.oah.092718