Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
701 E Street
Sacramento, CA 95814
Telephone:     (916) 446-0790
Facsimile:      (916) 446-0791
Email: ms@swllplaw.com

Attorneys for Plaintiff
NATIONAL GRANGE OF THE ORDER
OF PATRONS OF HUSBANDRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY, a District of Columbia nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA GUILD,<br><br>Defendant. | CASE NO. 2:14-cv-00676-WBS-DB<br><br>**MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST** |

MC-012

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: 122155 |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY:                    STATE BAR NO: 122155
NAME: Mark A. Serlin
FIRM NAME: SERLIN & WHITEFORD, LLP
STREET ADDRESS: 701 E Street
CITY: Sacramento          STATE: CA     ZIP CODE: 95814
TELEPHONE NO.: (916) 446-0790     FAX NO.: (916) 446-0791
E-MAIL ADDRESS: ms@swllplaw.com
ATTORNEY FOR (Name): National Grange of the Order of Patrons of Husbandry

*FOR COURT USE ONLY*

UNITED STATES DISTRICT COURT
STREET ADDRESS: 501 I Street
MAILING ADDRESS: 501 I Street
CITY AND ZIP CODE: Sacramento, CA 95814
BRANCH NAME: Eastern District of California

Plaintiff: National Grange of the Order of Patrons of Husbandry
Defendant: California Guild

| MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST | CASE NUMBER: 2:14-cv-00676-WBS-DB |
|---|---|

1. [x] **Postjudgment costs**
   a. I claim the following costs after judgment incurred within the last two years *(indicate if there are multiple items in any category)*:

| | Dates Incurred | Amount |
|---|---|---|
| (1) Preparing and issuing abstract of judgment | _____ | $ _____ |
| (2) Recording and indexing abstract of judgment | _____ | $ _____ |
| (3) Filing notice of judgment lien on personal property | _____ | $ _____ |
| (4) Issuing writ of execution, to extent not satisfied by Code Civ. Proc., § 685.050 *(specify county):* | _____ | $ _____ |
| (5) Levying officers fees, to extent not satisfied by Code Civ. Proc., § 685.050 or wage garnishment | _____ | $ _____ |
| (6) Approved fee on application for order for appearance of judgment debtor, or other approved costs under Code Civ. Proc., § 708.110 et seq. | | $ _____ |
| (7) Attorney fees, if allowed by Code Civ. Proc., § 685.040 | 9/4/18-9/30/18 | $ 4,731.00 |
| (8) Other: court reporter/subpoena fees *(Statute authorizing cost):* CCP § 685.040 | | $ |
| (9) Total of claimed costs for current memorandum of costs *(add items (1)–(8))* | | $ 4,731.00 |
| b. All previously allowed postjudgment costs | | $ 2,040.00 |
| c. **Total** of all postjudgment costs *(add items a and b)* | | $ 6,771.00 |

2. [ ] **Credits to interest and principal**
   a. I acknowledge total payments to date in the amount of: $ _____ (including returns on levy process and direct payments). The payments received are applied first to the amount of accrued interest, and then to the judgment principal (including postjudgment costs allowed) as follows: credit to accrued interest: $ _____ ; credit to judgment principal  $ _____ .
   b. **Principal remaining due:** The amount of judgment principal remaining due is $102,707.78 . (See Code Civ. Proc., § 680.333.)

3. [x] **Accrued interest remaining due:** I declare interest accruing (at the legal rate) from the date of entry or renewal and on balances from the date of any partial satisfactions (or other credits reducing the principal) remaining due in the amount of $ 803.65 .

4. I am the: [ ] judgment creditor     [ ] agent for the judgment creditor     [x] attorney for the judgment creditor.
   I have knowledge of the facts concerning the costs claimed above. To the best of my knowledge and belief, the costs claimed are correct, reasonable, and necessary, and have not been satisfied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 4 , 2018

Mark A. Serlin
_____
(TYPE OR PRINT NAME)

▶        /s/ Mark A. Serlin
_____
(SIGNATURE OF DECLARANT)

**NOTICE TO THE JUDGMENT DEBTOR**
If this memorandum of costs is filed at the same time as an application for a writ of execution, any statutory costs, not exceeding $100 in aggregate and not already allowed by the court, may be included in the writ of execution. The fees sought under this memorandum may be disallowed by the court upon a motion to tax filed by the debtor, notwithstanding the fees having been included in the writ of execution. (Code Civ. Proc., § 685.070(e).)  A motion to tax costs claimed in this memorandum must be filed within 10 days after service of the memorandum. (Code Civ. Proc., § 685.070(c).)

**Page 1 of 2**

Form Adopted for Mandatory Use
Judicial Council of California
MC-012 [Rev. January 1, 2018]

**MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**

Legal Solutions Plus

Code of Civil Procedure,
§§ 685.040, 685.070, 695.220
www.courts.ca.gov

| Short Title: National Grange of the Order of Patrons of Husbandry v. California Guild | CASE NUMBER: |
|---|---|
| | 2:14-cv-00676-WBS-DB |

## PROOF OF SERVICE

[x] **Mail**        [ ] **Personal Service**

1.  At the time of service I was at least 18 years of age and not a party to this legal action.

2.  My residence or business address is:
    701 E Street
    Sacramento, CA 95814

3  [ ]  I mailed or personally delivered a copy of the *Memorandum of Costs After Judgment, Acknowledgment of Credit, and Declaration of Accrued Interest* as follows *(complete either a or b):*

a.  [x] **Mail.** I am a resident of or employed in the county where the mail occurred.
    (1)  I enclosed a copy in an envelope AND
        (a) [ ]    **deposited** the sealed envelope with the United States Postal Service with the postage fully prepaid.
        (b) [x]    **placed** the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

    (2)  The envelope was addressed and mailed as follows:

        (a) Name of person served: (1) California Guild, and (2) Mark E. Ellis
        (b) Address on envelope: (1) c/o Bob McFarland, Agent for Service of Process; 5716 Folsom Blvd #278, Sacramento, CA 95819 and (2) served via ECF

        (c) Date of mailing: October  4  , 2018
        (d) Place of mailing *(city and state)*:  Sacramento, CA

b.  [ ]   **Personal delivery.** I personally delivered a copy as follows.
    (1)  Name of person served:
    (2)  Address where delivered:

    (3)  Date delivered:
    (4)  Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October  4 , 2018

Mor Saetern
_____
(TYPE OR PRINT NAME)

▶        /s/ Mor Saetern
_____
(SIGNATURE OF DECLARANT)