UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY,<br><br>          Plaintiff,<br><br>    v.<br><br>CALIFORNIA GUILD, formerly doing business as "California Stage Grange,"<br><br>          Defendant. | No. 2:14-cv-676 WBS DB<br><br>ORDER |

----oo0oo----

On October 4, 2018, plaintiff filed a memorandum of costs after judgment, acknowledgment of credit, and declaration of accrued interest.  (Docket No. 269.)  The only documentation accompanying that filing is a state court form.  The court cannot discern what, if anything, plaintiff asks this court to do. Therefore, absent a motion, the court will ignore that filing.

      IT IS SO ORDERED.

Dated:  October 22, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1