Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
701 E Street
Sacramento, CA 95814
Telephone:    (916) 446-0790
Facsimile:    (916) 446-0791
Email: ms@swllplaw.com

JAMES L. BIKOFF (Pro Hac Vice)
BRUCE A. McDONALD (Pro Hac Vice)
HOLLY B. LANCE (Pro Hac Vice)
SMITH, GAMBRELL & RUSSELL LLP
1055 Thomas Jefferson Street, N.W., Suite 400
Washington, D.C. 20007
Telephone:    202.263.4341
Facsimile:    202.263.4329
Emails: jbikoff@sgrlaw.com
        bmcdonald@sgrlaw.com
        hlance@sgrlaw.com

Attorneys for Plaintiff and Judgment Creditor
NATIONAL GRANGE OF THE ORDER
OF PATRONS OF HUSBANDRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY, a District of Columbia nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA GUILD,<br><br>Defendant. | CASE NO. 2:14-cv-00676-WBS-DB<br><br>**MOTION FOR ASSIGNMENT ORDER**<br><br>Date:   January 7, 2019<br>Time:   1:30 p.m.<br>Ctrm:   5<br><br>Judgment reinstatement date: April 17, 2018 |

## I. INTRODUCTION

Plaintiff and judgment creditor the National Grange of the Order of Patrons of Husbandry ("National Grange") has moved for an assignment order respecting all payments due or to become due to defendant and judgment debtor California Guild ("Debtor") from local chapters owing membership dues and/or loan repayments to the Debtor (collectively, the "Local Chapters"). Per the accompanying declaration of Mark A. Serlin, the National Grange obtained an award of attorneys' fees ("Judgment") against the Debtor on September 12, 2016 (docket no. 154). The Debtor cobbled together the funds to pay the Judgment, and the National Grange filed an acknowledgment of full satisfaction of judgment with the Court (docket no. 224). Subsequently, the National Grange learned that nearly $100,000.00 of the funds used to pay the Judgment came from monies which were effectively stolen by the Debtor in direct violation of an injunction order issued by the Sacramento County Superior Court. The National Grange thus filed a motion to have the acknowledgment of satisfaction of judgment set aside. The Court agreed with the National Grange and reinstated the Judgment to the tune of $93,707.78 and awarded sanctions of $9,000.00 to boot (docket no. 235). No portion of the reinstated Judgment or the sanctions award has been paid. Documents produced by the Debtor in discovery reveal that the Debtor is receiving membership dues from the Local Chapters and four of the Local Chapters are making loan payments to the Debtor. Given that the Debtor is getting membership dues and loan payments, it is appropriate that an assignment order be entered.

## II. AN ASSIGNMENT ORDER IS APPROPRIATE

California Code of Civil Procedure § 708.510, as incorporated by FRCP 69, provides that an assignment order to obtain a stream of income may be obtained to satisfy an unpaid judgment. Therefore, an assignment order is entirely appropriate so as the payments from the Local Chapters can be directed to the National Grange in respect of its reinstated Judgment and sanctions award herein.

///
///
///

### III.     CONCLUSION

For the foregoing reasons, and the reasons set forth in the accompanying declaration of Mark A. Serlin, an assignment order is appropriate as to amounts now being collected by the Debtor from the Local Chapters.

DATED: November 2, 2018                             SERLIN & WHITEFORD, LLP


By:     /s/ Mark A. Serlin
MARK A. SERLIN, Attorneys for Plaintiff and Judgment Creditor NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY

S:\Active Files\NATIONAL GRANGE\court docs\2assignment motion.motion.docx