UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA GUILD, formerly doing business as "California Stage Grange,"<br><br>Defendant. | No. 2:14-cv-676 WBS DB<br><br>ORDER |

----oo0oo----

Plaintiff may file a response to defendant's Ex Parte Application to Stay the Scheduled April 18, 2019 Execution Sale of the Name "California Guild" (Docket No. 278) by 12 noon April 17, 2019.  If plaintiff is unable to or otherwise does not respond, the court will rule on the application ex parte.

IT IS SO ORDERED.

Dated:  April 16, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1