MARTIN N. JENSEN (SBN 232231)
THOMAS L. RIORDAN (SBN 104827)
**PORTER SCOTT**
350 University Ave., Suite 200
Sacramento, CA 95825
Telephone: 916.929.1481
Facsimile: 916.927.3706
Email: mjensen@porterscott.com
Email: triordan@porterscott.com

JAMES L. BIKOFF (*Pro Hac Vice*)
BRUCE A. McDONALD (*Pro Hac Vice*)
HOLLY B. LANCE (*Pro Hac Vice*)
**SMITH, GAMBRELL & RUSSELL LLP**
1055 Thomas Jefferson Street, N.W., Suite 400
Washington, D.C. 20007
Telephone:   202.263.4341
Facsimile:    202.263.4329
Email: jbikoff@sgrlaw.com
Email: bmcdonald@sgrlaw.com
Email: hlance@sgrlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY,<br><br>Plaintiff,<br>v.<br><br>CALIFORNIA GUILD, formerly doing business as "California State Grange,"<br><br>Defendant. | Case No.  2:14-cv-00676-WBS-DB<br><br>*The Honorable William B. Shubb*<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL OF ACTION** |

  Pursuant to the stipulation of Plaintiff the National Grange of the Order of Patrons of Husbandry and Defendant California Guild, IT IS HEREBY ORDERED that the above-captioned matter shall be dismissed in its entirety, with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: November 1, 2019

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE